IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Weldon Eugene Holtzclaw, Jr., ) | Case No. 6:25-cv-03757-JDA |
| Plaintiff, ) | |
| v. ) | **OPINION AND ORDER** |
| Bank of America, ) | |
| Defendant. ) | |

  This matter is before the Court on Plaintiff's Complaint, a Report and Recommendation ("Report") of the Magistrate Judge, and three motions by Plaintiff to proceed in forma pauperis.  [Docs. 1; 2; 9; 15; 19.]  In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Kevin F. McDonald for pre-trial proceedings.

  Plaintiff's pro se Complaint was entered on the docket on May 5, 2025.  [Doc. 1.]  On August 13, 2025, the Magistrate Judge issued an Order directing Plaintiff to file the documents necessary to bring the case into proper form for the issuance and service of process.  [Doc. 6.]  The Magistrate Judge informed Plaintiff that his failure to comply with the Order within the time permitted would subject his case to dismissal for failure to prosecute and for failure to comply with an order of the court under Rule 41 of the Federal Rules of Civil Procedure.  [*Id.* at 1.]  Plaintiff provided some documents in response to the Magistrate Judge's Order, but they were not completed correctly.  [Doc. 10; *see also* Doc. 8.]

  On September 5, 2025, the Magistrate Judge issued a second Order directing Plaintiff to file the documents necessary to bring the case into proper form for the issuance

and service of process. [Doc. 12.] Again, the Magistrate Judge informed Plaintiff that his failure to comply with the Order within the time permitted would subject his case to dismissal for failure to prosecute and for failure to comply with an order of the court under Rule 41 of the Federal Rules of Civil Procedure. [*Id*. at 1.] And again, Plaintiff provided some documents in response to the Magistrate Judge's Order, but they were still not completed correctly. [Doc. 16; *see also* Doc. 14.]

On September 24, 2025, the Magistrate Judge issued a Report recommending that the matter be summarily dismissed for failure to comply with the August 13, 2025, and September 5, 2025, Orders. [Doc. 19.] The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. [*Id*. at 11.] Plaintiff filed objections on October 9, 2025. [Doc. 21.]

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation" (internal quotation marks omitted)).

In his objections, Plaintiff does not engage the Magistrate Judge's analysis or otherwise submit documents purporting to bring his case into proper form. [*See generally* Doc. 21.] However, out of an abundance of caution for the pro se plaintiff, the Court has conducted a de novo review of the Report, the record, and the applicable law. Upon such review, the Court accepts the Report and Recommendation of the Magistrate Judge and incorporates it by reference. [Doc. 19.] Accordingly, this action is DISMISSED without prejudice, without leave to amend, and without issuance and service of process pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Further, Plaintiff's motions to proceed in forma pauperis are FOUND AS MOOT. [Docs. 2; 9; 15.]

IT IS SO ORDERED.

s/ Jacquelyn D. Austin
United States District Judge

December 9, 2025
Greenville, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.